The Board of Education of Union Free School District No. 6 of the Town of Manlius, Appellant, v. John W. Gee and The Title Guaranty and Trust Company of Scranton, Pennsylvania, Respondents.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., not sitting.

Mary D. Rising, Appellant, v. James O. Sebring and Edwin J. Carpenter, Respondents, Impleaded with Charles Ellis and Others.— Judgment affirmed, with costs. All concurred, except Spring and Kruse, JJ., who dissented.

Edwin O. Lowery and Frederick B. Lord, Respondents, v. William H. Brace and W. H. Brace Company, Appellants, Impleaded with John L. Hurlbert.— Judgment affirmed, with costs. All concurred.

Ray Huff, Respondent, v. Spencer Hawn, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, unless plaintiff, within ten days, stipulates that only one cause of action is stated in the complaint, specifying the same, in which event the order is affirmed, without costs of this appeal to either party. All concurred.

The Vio Chemical Company, Appellant, v. Caroline Hartman, Respondent.— Judgment affirmed, with costs. Held, that the plaintiff failed to prove the cause of action alleged; that the daughter was the agent of the defendant in the execution of the papers, and that there was no proof of partnership between the daughter and the mother. All concurred, except McLennan, P. J., who dissented upon the ground that the defendant, by failure to plead copartnership or joint liability, waived the same.

W. H. Brace Company, Appellant, v. Frank A. Kraft and Samuel L. Goldstein, Respondents.— Judgment affirmed, with costs. All concurred.

Pietro Falvo, Respondent, v. The City of Utica and Others, Appellants.— Interlocutory judgment affirmed, with one bill of costs, with leave to defendants to answer upon payment of the costs of the demurrer and of this appeal. All concurred.

Lewis Van Allen, Respondent, v. Charles M. Peabody and Elizabeth P. King, as Executors and Trustees under the Last Will and Testament of William H. Peabody, Deceased, Appellants.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented.

The People of the State of New York, Respondent, v. Charles E. Shattuck, Appellant.— Judgment of conviction and order affirmed. All concurred, except McLennan, P. J., and Kruse, J., who dissented.

Julia Henry, Respondent, v. Griffith M. Jones, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that the verdict of the jury was contrary to and against the weight of the evidence and is excessive. All concurred, except McLennan, P. J., who dissented.

Richard S. Gilpin, Respondent, v. William M. Savage, Appellant.— Interlocutory judgment affirmed, with costs, with leave to defendant to answer upon payment of the costs of the demurrer and of this appeal. All concurred.

Peter Pirrung, Individually, and as Guardian ad Litem of Helen Pirrung Kurtz and Theresa Pirrung, Infants, Respondent, v. Supreme Council of the